IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02118-LTB-MEH

JEFFREY THORPE,

    Plaintiff,

v.

STEVEN BUSH,
TIMBERLAKE TRUCKING, INC.,
STEAMBOAT SNOWMOBILE TOURS, INC., and
JUSTIN B. WALSH,

    Defendant.

# MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 26, 2008.**

    The Unopposed Motion to Attend Mediation by Telephone filed by Defendants Walsh and Steamboat Snowmobile Tours, Inc. [filed September 25, 2008; docket #25] is **granted**. Counsel for Defendants Walsh and Steamboat Snowmobile shall ensure that they are available by telephone throughout the entirety of the Settlement Conference. As a cautionary note, however, if the lack of physical presence of such a person becomes a hindrance to the progress of settlement negotiations at the conference, the conference may be recessed and re-convened at a time when the person(s) can be present, and costs of the recessed conference may be assessed against the Defendants.