IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02118-LTB-MEH

JEFFREY THORPE,

    Plaintiff,
v.

STEVEN BUSH,
TIMBERLAKE TRUCKING, INC.,
STEAMBOAT SNOWMOBILE TOURS, INC., and
JUSTIN B. WALSH,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 13, 2009.**

    For good cause shown, the Stipulated Motion to Amend Scheduling Order [filed January 9, 2009; docket #37] is **granted**. The Scheduling Order shall be amended as follows:

| | |
|---|---|
| Expert witness disclosures due: | March 2, 2009 |
| Rebuttal expert witness disclosures: | April 1, 2009 |
| Discovery cutoff: | May 1, 2009 |
| Dispositive Motions deadline: | June 1, 2009 |

All other deadlines and conference dates shall remain the same.