IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Civil Action No. 07-cv-02118 - LTB - MEH

JEFFREY THORPE,

    Plaintiff,

v.

STEVEN BUSH,
TIMBERLAKE TRUCKING, INC.,
STEAMBOAT SNOWMOBILE TOURS, INC., and
JUSTIN B. WALSH,

    Defendants.
_____

ORDER
_____

THIS MATTER having come before the Court on the Joint Motion for Dismissal With Prejudice (Doc 49 - filed March 11, 2009), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE between Plaintiff and Defendants Steven Bush and Timberlake Trucking, Inc.,** each party to pay their own fees and costs. The remaining claims between Plaintiff and the other Defendants in this matter shall remain unaffected.

                                    BY THE COURT:

                                         s/Lewis T. Babcock
                                        Lewis T. Babcock, Judge

DATED: March 12, 2009